JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVE ZUEHLSDORF, individually, and on behalf of a class of similarly situated individuals,

Plaintiff,

vs.

FCA US LLC, a Delaware limited liability company,

Defendant.

Case No. 5:18-cv-01877-JGB-KKx

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Renewed Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Renewed Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Motion for Class Certification is **DENIED AS MOOT**.
3. Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE**.
4. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: October 31, 2023

_____
Honorable Jesus G. Bernal
United States District Judge